FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 13 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>JEANETTE WATTS  )<br>  )<br>    Defendant.  ) | 2:02-CR-004-PMP-PAL |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#140) on November 26, 2002. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

    Name of Payee: WELLS FARGO BANK
    Amount of Restitution: $38,731.90

    Name of Payee: BANK OF AMERICA
    Amount of Restitution: $2,231.24

    Name of Payee: US BANK
    Amount of Restitution: $956.69

    Name of Payee: NEVADA FEDERAL CREDIT UNION
    Amount of Restitution: $2,995.08

    Name of Payee: FDIC RESTITUTION PAYMENTS
    Amount of Restitution: $3,140.47

Name of Payee: BLACK MOUNTAIN COMMUNITY BANK
Amount of Restitution: $622.60

Name of Payee: CUNA MUTUAL GROUP
Amount of Restitution: $540.63

**Total Amount of Restitution ordered:** $49,218.61**

**Joint and several with Justin Stonecypher, Tasha Gurtner, Daniel England, Lee Kingen, Martin Degenhardt and Rachael Young

Dated this ___12___ day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE

GLORIA M. NAVARRO, Chief Judge
United States District Court